IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LATHA FRAZIER                                                                          PLAINTIFF

v.                                        No. 2:13-CV-002-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                      DEFENDANT

JUDGMENT

The Court affirms the Commissioner's decision and dismisses Frazier's complaint with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 December 2013